UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Tammy Robinson, as next,
of friend on Marvin,
Mobley,

(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)

Case No.: 4:23-cv-530-AW-MAF
(To be filled in by the Clerk's Office)

v.

ACV Health Services, LLC
d/b/a Good Samaritan
Center

(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)

**Jury Trial Requested?**
☐ YES   ☐ NO

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Tracy Robinson as next of friend of Marvin Mobley

   Address: 382 S.W. Summerset Way

   City, State, and Zip Code: Madison, Florida 32340

   Telephone: (850) 869-0533 *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: ACV Health Services, LLC d/b/a Good Samaritan Center

   Official Position: _____

   Employed at: _____

   Mailing Address: 10676 Marvin Jones Blvd
   Live Oak FL 32060

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*): N/A

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

III.  **STATEMENT OF FACTS**

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

SEE Notice of Removal / complaint page (4a thru 4 )

**Factual Allegations, Continued** *(Page ___ of ___)*

See Attached Notice of Removal

IV. **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

- Acv derived marvin mobley of rights, privileges and immunities secured by constitutional laws.
- Negligence Bed sores, false imprisonment
- to coverup the violations (acv) committed more federal violations by forging false arbitration agreement admission paper, false DCFS complaints against Tracy Robinson (family) and deleted Tracy Robinson personal emails a violation of 18 U.S.C Sect. 1519

V. **RELIEF REQUESTED**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

200 million

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/18/23   Plaintiff's Signature: _____

Printed Name of Plaintiff: Maricy Robinson

Address: 382 S.W. Suwersot Way
         Madison Florida 32340

E-Mail Address: manunpetemobley@gmail.com

Telephone Number: ___(850) 869-0533___

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*