IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRACY ROBINSON, as next friend of MARVIN MOBLEY,**

    Plaintiff,

v.   Case No. 4:23-cv-530-AW-MAF

**ACV HEALTH SERVICE, LLC,**

    Defendant.

_____/

## ORDER FOR REMAND

A pro se Plaintiff purported to remove her own case from state court. As the magistrate judge explains, the removal was improper. ECF No. 6. The magistrate judge recommends remand, and Plaintiff has filed no objection. Thus it appears Plaintiff consents to remand. Under these circumstances, the court agrees with the magistrate judge that remand is appropriate.

The clerk of court will take appropriate steps to remand this case to state court. The clerk will then close the file.

SO ORDERED on February 1, 2024.

                                      s/ *Allen Winsor*
                                      United States District Judge